IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARVIN WASHINGTON, JR.,             §
                                    §
        Plaintiff,                  §
V.                                  §       C.A. NO. C-05-11
                                    §
TEXAS DEPARTMENT OF        §
CRIMINAL JUSTICE, et al.            §
                                    §
        Defendants.                 §

**FINAL JUDGMENT**

In accordance with the Court's Order Granting Defendants' Motion to Dismiss, the Court

enters final judgment dismissing without prejudice Marvin Washington, Jr.'s Amended Complaint.


It is ORDERED this 5th day of November, 2006.


_____
Janis Graham Jack
United States District Judge